UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Collette Bouchard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10538-DRH |
| *Barbara DiRocco v. Bayer Corporation, et al.* | No. 10-cv-13817-DRH |
| *Diane Koenig v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10021-DRH |
| *Sylvia Mathurin v. Bayer Corporation, et al.* | No. 12-cv-10610-DRH |
| *Tiffany McKee v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10598-DRH |
| *Shannon Sawyers v. Bayer Corporation, et al.* | No. 11-cv-10129-DRH |
| *Victoria Trace v. Bayer Corporation, et al.* | No. 11-cv-10963-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 17, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                           **JUSTINE FLANAGAN,**
                                           **ACTING CLERK OF COURT**

                                           **BY:** _/s/Caitlin Fischer_
                                           **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.18 14:58:10 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT